1
2
3   UNITED STATES DISTRICT COURT
4   WESTERN DISTRICT OF WASHINGTON
    AT SEATTLE
5

6  JOANNE GIORGIO,

7            Plaintiff,
                                        CASE NO. C05-38JLR
8       v.

9  HOLLAND AMERICA LINE, INC., et al.,

10           Defendants.
                                        MINUTE ORDER
11 _____
   JOANNE GIORGIO,
12
             Plaintiff,
13                                      CASE NO. C05-764JLR
        v.
14
   HOLLAND AMERICA LINE, INC., et al.,
15
             Defendants.
16
17

18

19      The following minute order is made by the direction of the court, the Honorable

20 James L. Robart:

21      The above-captioned cases are hereby consolidated. All future pleadings filed in

22 this matter shall bear the caption shown above. These cases shall be completed on the

23 trial schedule set forth in C05-38JLR.

24      Filed and entered this 16th day of May 2005.

25

26                                      BRUCE RIFKIN, Clerk

27                                          s/Mary Duett
                                        By
28                                          Deputy Clerk

MINUTE ORDER