UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOANNE GIORGIO,

        Plaintiff,

    v.

HOLLAND AMERICA LINE, INC., et al.,

        Defendants.

CASE NO. C05-38JLR

ORDER

    The court having been notified of the settlement of this matter and it appearing that no issue remains for the court's determination,

    IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

    In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

    DATED this 8th day of May, 2006.

JAMES L. ROBART
United States District Judge

ORDER